UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States of America,
  *Plaintiff*,

  *v.*                                                    Civil No. 3:10cr147 (JBA)

Norberto Casanova,
  *Defendant.*


ORDER FOR PSYCHIATRIC EVALUATION TO AID THE COURT IN SENTENCING


After review of the presentence report, the Court requires further information than is otherwise available in order to determine the mental condition of the defendant.  Pursuant to 18 U.S.C. § 3552(e), the Court orders a psychiatric examination and report.  Accordingly, the Court directs that the defendant be examined by Dr. Barry Wall, Providence, Rhode Island within 10 days from the date of this order and that the report of results of that examination be filed with the Court within 45 days thereafter.

The evaluation shall include: Mr. Casanova's history and present symptoms; description of the testing employed and their results; and Dr. Wall's findings and opinions as to diagnosis and prognoses, including whether any diagnosed condition was a significant contributory factor in Mr. Casanova's participation in his offense of conspiracy with intent to distribute and to distribute cocaine.  The Court further requests any recommendations as to how the mental condition of the defendant should affect the sentence or treatment while on supervision.

The Probation Office shall share with Dr. Wall such material in its possession, including the presentence report, to assist him with the evaluation.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:  June 16 , 2011.